1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  706 COWPER STREET;  SUITE 203
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant MARGO EIGHMY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.   CR 11-00090 DLJ (HRL) |
|---|---|
| Plaintiff, | STIPULATION FOR JOINT REQUEST FOR COURT ORDER TO RELEASE THE PRE-PLEA PSR (RE CRIMINAL HISTORY) FOR DEFENDANT MARGO EIGHMY TO THE GOVERNMENT AND MS. EIGHMY'S ATTORNEY, UPON THE COMPLETION OF THAT PSR & [] ORDER RE SAME. |
| vs. | |
| JOSE MARTIN RAMIREZ GOMEZ, MARGO EIGHMY, et. al., | |
| Defendants. | |

Plaintiff United States of America and Defendant Margo Eighmy, through their respective counsel, hereby stipulate to jointly request that the Pre-Plea PSR (for criminal history analysis) be released to both AUSA John Glang and Attorney Jerry Fong (Ms. Eighmy's counsel) as soon as practicable upon its completion.

Previously, this Court granted the parties' joint request for the preparation of the Pre-Plea PSR (for criminal history analysis).  The parties understand that the United States Probation Office is currently working on the preparation of the Pre-Plea PSR.  In order to make maximum use of that Pre-Plea PSR for case resolution purposes (including settlement negotiations between the parties), the parties respectfully request that the Court order the release of the PSR to counsel, upon its completion and readiness, without waiting for the next

1 court appearance, which is scheduled on March 28, 2013 at 9:00 a.m., before this Court.

2     It is so stipulated.

4 DATED:  January 24, 2013         Respectfully submitted,

6           /S/
7          by JERRY Y. FONG, Attorney for Defendant MARGO EIGHMY

9 DATED:   January 24, 2013        Respectfully submitted,

12           /S/
13          by JOHN GLANG, Assistant United States Attorney

15         [] ORDER

16     Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
17 ordered that the Pre-Plea PSR for Defendant Margo Eighmy (criminal history only) shall be
18 disclosed and released to Attorneys John Glang and Jerry Fong, upon the completion of the
19 report.  It is so ordered.

22 DATED: FEBJEFH                             
23          JUDGE OF THE UNITED STATES DISTRICT COURT