JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant MARGO EIGHMY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.    CR 11-00090 DLJ (HRL) |
| Plaintiff, ) | STIPULATION TO REQUEST A CONTINUANCE OF MS. EIGHMY'S SENTENCING HEARING & [] ORDER RE SAME. |
| vs. ) | |
| MARGO EIGHMY, et. al., ) | Date: |
| Defendants. ) | Time: |
| | Judge:      Hon. D. Lowell Jensen |

Defendant Margo Eighmy and Plaintiff United States of America, through their respective counsel, hereby jointly request that the Court continue Ms. Eighmy's sentencing from January 9, 2014, to February 20, 2014, at 9:00 a.m., before this Court.  The continuance is necessary because Ms. Eighmy is still in the process of gathering additional information for the probation department.   The Probation Office is aware of this request and does not object.  It is so stipulated.

DATED:  October 31, 2013                    Respectfully submitted,

                                                            /S/
                                         by JERRY Y. FONG, Attorney for
                                         Defendant MARGO EIGHMY

1 | DATED:  October 31, 2013                    Respectfully submitted,

2

3

4                                                            /S/
   by AUSA JOHN GLANG, Attorney for
5   Plaintiff UNITED STATES OF AMERICA

6

7                              [] ORDER

8        Pursuant to the parties' stipulation and joint request, and good cause appearing herein,

9  it is hereby ordered that the sentencing hearing for Defendant Margo Eighmy be continued

10  from January 9, 2014 to February 20, 2014.  It is so ordered.

11

12

13

   DATED:   FFDBFH
14                              JUDGE OF THE UNITED STATES
                               DISTRICT COURT
15

16

17

18

19

20

21

22

23

24

25

26

27

28