1  JERRY Y. FONG, ESQ. (SBN 99673)
   THE LAW OFFICE OF JERRY FONG
2  706 COWPER STREET;  SUITE 203
   PALO ALTO, CA  94301
3  650/322-6123
   650/322-6779 fax
4  jf@jerryfong.com

5  Attorney for Defendant MARGO EIGHMY

8              UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION

12 | UNITED STATES OF AMERICA, | ) | CASE NO.   CR 11-00090 DLJ (HRL) |
   | Plaintiff, | ) | STIPULATION TO REQUEST A CONTINUANCE OF MS. EIGHMY'S SENTENCING HEARING & [] ORDER RE SAME. |
   | vs. | ) | |
   | MARGO EIGHMY, et. al., | ) | Date:   February 20, 2014 |
   | Defendants. | ) | Time:   10:00 a.m. |
   |  | ) | Judge:  Hon. D. Lowell Jensen |

Defendant Margo Eighmy and Plaintiff United States of America, through their respective counsel, hereby jointly request that the Court continue Ms. Eighmy's sentencing from February 20, 2014 at 10:00 a.m., to April 17, 2014, at 10:00 a.m., before this Court. The continuance is necessary because Ms. Eighmy needs to gather additional information regarding her post-offense rehabilitation for the probation interview and sentencing arguments. The Probation Office is aware of this request and does not object. It is so stipulated.

DATED: December 17, 2013          Respectfully submitted,

                                          /S/
                                  by JERRY Y. FONG, Attorney for

1                      Defendant MARGO EIGHMY

2 DATED:  December 17, 2013        Respectfully submitted,

5                            /S/
                       by AUSA JOHN GLANG, Attorney for
6                        Plaintiff UNITED STATES OF AMERICA

9                           [ ORDER

10      Pursuant to the parties' stipulation and joint request, and good cause appearing herein,
11 it is hereby ordered that the sentencing hearing for Defendant Margo Eighmy be continued
12 from February 20, 2014 to April 17, 2014, at 10:00 a.m.  It is so ordered.

15 DATED: FDÌĐĐI

16                           JUDGE OF THE UNITED STATES
                          DISTRICT COURT