JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
706 COWPER STREET;   SUITE 203
PALO ALTO, CA  94301
650/322-6123
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant MARGO EIGHMY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MARGO EIGHMY, et. al.,<br><br>　　　Defendants. | CASE NO.   CR 11-00090 DLJ (HRL)<br><br>STIPULATION TO REQUEST A CONTINUANCE OF MS. EIGHMY'S SENTENCING HEARING &<br>[] ORDER RE SAME.<br><br>Date:     April 17,  2014<br>Time:    10:00 a.m.<br>Judge:   Hon. D. Lowell Jensen |

　　　Defendant Margo Eighmy and Plaintiff United States of America, through their respective counsel, hereby jointly request that the Court continue Ms. Eighmy's sentencing from April 17, 2014 at 10:00 a.m., to June 26, 2014, at 10:00 a.m., before this Court.  The continuance is necessary and requested by defense counsel because Ms. Eighmy needs to gather additional information to respond to certain important points raised in the final PSR and to ensure that certain members of her family (out of state) will be able to come to court for the sentencing hearing.   The requested continuance date of June 26 is to accommodate defense counsel Jerry Fong (who is expected to undergo hip replacement surgery sometime in May, hopefully).   The Probation Office is aware of this request and does not object.  It is so stipulated.

1 DATED: April 7, 2014                    Respectfully submitted,

                                          /S/
                                          by JERRY Y. FONG, Attorney for
                                          Defendant MARGO EIGHMY

DATED: April 7, 2014                      Respectfully submitted,

                                          /S/
                                          by AUSA JOHN GLANG, Attorney for
                                          Plaintiff UNITED STATES OF AMERICA

## [] ORDER

Pursuant to the parties' stipulation and joint request, and good cause appearing herein, it is hereby ordered that the sentencing hearing for Defendant Margo Eighmy be continued from April 17, 2014, at 10:00 a.m., to June 26, 2014, at 10:00 a.m.  It is so ordered.

DATED: _____

                                          JUDGE OF THE UNITED STATES
                                          DISTRICT COURT